IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**FILED**
OCT 28 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| ALEX PACHECO, § | |
| Plaintiff, § | |
| § | |
| v. § | MO-10-CV-116 |
| § | |
| § | |
| FREEDOM BUICK GMC TRUCK, INC., § | |
| Defendant. § | |

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

BEFORE THE COURT is Defendant's Motion for Summary Judgment and Supporting Brief (Doc. No. 16), Plaintiff's Response to Defendant's Motion for Summary Judgment and Supporting Brief (Doc. No. 21), and Defendant's Reply Brief in Support of Its Motion for Summary Judgment (Doc. No. 31). After consideration of the pleadings, motion, and summary judgment record, the Court is of the opinion that Defendant's motion should be denied because the Court finds a genuine issue of material fact. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment and Supporting Brief (Doc. No. 16) is hereby **DENIED**.

**IT IS SO ORDERED.**

SIGNED on this 28 day of **October, 2011**.

ROBERT JUNELL
United States District Judge
Western District of Texas